## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Entropy Solutions, LLC, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 18cv3123 DWF/DTS |
| Stasis Group, Inc., Michael Cecchini, Robert Morton, and Jose Radzinsky, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Morton are DISMISSED WITH PREJUDICE, without attorneys' fees, costs, and expenses to any of the parties to this action.

Date: 1/6/2020                                              KATE M. FOGARTY, CLERK

                                                                    s/Jackie Ellingson
                                                         (By)   Jackie Ellingson, Deputy Clerk